**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HALLMARK,<br><br>Defendant. | Case No.: 3:18-cr-00015-LRH-CLB<br><br>Order Granting Stipulation to Extend Response Deadline to Defendant's Motion for Early Termination of Supervised Release [ECF No. 45] |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney for the District of Nevada, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, RENE VALLADARES, Federal Public Defender, and MADELINE LAL, Assistant Federal Public Defender, counsel for defendant CHRISTOPHER HALLMARK, to extend the deadline for the Government's Response to Defendant's Motion for Early Termination of Supervised Release [ECF No. 45] from April 12, 2024, to April 17, 2024.

This is the parties' first request for an extension.

The parties stipulate, subject to the Court's approval, that the Government's Response to Defendant's Motion for Early Termination of Supervised Release [ECF No.

1

45] is due on April 17, 2024. The parties further stipulate that Defendant would have until April 24, 2024, to file any Reply to the Response. This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: April 10th, 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for Plaintiff | */s/ Madeline Lal*<br>MADELINE LAL<br>Assistant Federal Public Defender<br>Counsel for Defendant |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-cr-00015-LRH-CLB |
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTOPHER HALLMARK, | |
| Defendant. | |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Government's Response to Defendant's Motion for Early Termination of Supervised Release [ECF No. 45] is due on **April 17, 2024** and Defendant would have until **April 24, 2024**, to file any Reply to the Response.

IT IS SO ORDERED.

DATED this 11th day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1